IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1321-AP**

**MARVIN W. MARVIN,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

### ORDER OF DISMISSAL
---

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion for Dismissal of Appeal of Commissioner Denial of Social Security Benefits (doc. #19), filed March 11, 2014, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: March 11, 2014

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT